## Elliott Broidy

Elliott Broidy, 49, has been an independent investor since 1991. Through his private investment company, Broidy Capital Management, he invests in marketable and private equity securities.

Mr. Broidy is the Founder and Chairman of Markstone Capital Partners, an $800 million private equity fund dedicated to investing in traditional industries within the Israeli economy. Mr. Broidy is Chairman of ESI Holdings, Inc., an event management and logistics company. He also serves on the Boards of Directors of Foley Timber and Land Company, and Vantis Capital Management LLC, a registered investment advisor.

Mr. Broidy serves as a Commissioner of the Los Angeles City Fire and Police Pension Fund and as a member of the Board of Director's for the Los Angeles Police Foundation. Mr. Broidy was also appointed by the President to serve on the United States Homeland Security Advisory Council and the Future of Terrorism Task Force by Secretary Michael Chertoff. He is a member of the Board of Advisors for the USC Marshall School's Center for Investment Studies and a trustee of the USC Hillel Foundation. Mr. Broidy is a member of the Israel Securities Authority's International Advisory Board and serves on the National Board of Directors of the Friends of the Israel Defense Forces.

Mr. Broidy has previously served on the Board of Governors and the Endowment Committee of Hebrew Union College as well the Board of Trustees of Wilshire Boulevard Temple. He has committed time, and contributed financially to many educational, charitable and philanthropic organizations.

Prior to founding Broidy Capital Management, Mr. Broidy had a successful career in money management. He is a certified public accountant, and received a B.S. in Accounting and Finance from the University of Southern California.

Mr. Broidy's wife, Robin, holds J.D. and M.B.A degrees and is a former executive of Twentieth Century Fox Film Corporation. She serves on the Board of Counselors for the USC School of Letters, Arts & Sciences. She is also Chair of the Board of Directors of Aviva Family and Children's Services and serves on the Board of the Brawerman Elementary School of Wilshire Boulevard Temple and the Board of Governors of Hebrew Union College. Robin and Elliott reside in Los Angeles with their three children, Rachel, Lauren and Nathaniel.

Exhibit 1 Page 14

FOIA CONFIDENTIAL TREATMENT REQUESTED BY QUADRANGLE        Q-CA-SEC0024827