DOUGLAS M. FUCHS, SBN 196371
dfuchs@gibsondunn.com
MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Respondent
ELLIOTT BROIDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>                Applicant,<br>vs.<br>ELLIOTT BROIDY,<br>                Respondent. | Case No. CV-09-6980-SVW-RCx<br><br>The Hon. Stephen V. Wilson<br><br>**STIPULATION SETTING NEW DATE FOR ELLIOTT BROIDY'S SEC TESTIMONY**<br><br>Current Testimony Date: 10/22/09<br><br>Proposed Testimony Date: 10/26/09 |

1. On August 11, 2009, the staff of the Securities and Exchange Commission ("the Commission") issued a subpoena to Elliott Broidy, requiring him to appear for testimony in the Commission's investigation *In the Matter of California Public Pension Funds* (Commission File No. LA-3644).

2. On September 25, 2009, the Commission filed this subpoena enforcement action, seeking an order compelling Mr. Broidy's appearance for sworn testimony pursuant to the subpoena.

3. On September 30, 2009, the Court held a hearing and ordered Mr. Broidy to appear for sworn testimony "no later than October 22, 2009."

4. On October 20, 2009, counsel for both the Commission and Mr. Broidy met at Mr. Broidy's counsel's request to discuss issues related to the upcoming testimony. During that conversation, Mr. Broidy's counsel informed counsel for the Commission that Mr. Broidy had learned that afternoon of the death of his wife's aunt. Counsel said that Mr. Broidy wishes to attend the funeral, which is to be held in New York on October 22, 2009, the same day that he was to appear for testimony pursuant to this Court's order.

5. Mr. Broidy's counsel therefore requested that Mr. Broidy's testimony be continued from October 22, 2009, to October 26, 2009, or such other date as counsel for the Commission agrees to in writing. The Commission's counsel agreed not to oppose this request on the condition that the new testimony date be approved and ordered by the Court.

DATED: October 21, 2009.

Respectfully submitted,

By /s/ Douglas Fuchs
DOUGLAS M. FUCHS
Gibson, Dunn & Crutcher
Attorneys for Elliott Broidy

DATED: October 21, 2009.

By /s/ Leslie A. Hakala
LESLIE A. HAKALA
Attorney for Securities and Exchange Commission