Douglas M. Fuchs, SBN 196371
Michael H. Dore, SBN 227442
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of an Application to Enforce Administrative Subpoenas of the SEC<br><br>Plaintiff(s)<br><br>v.<br><br>Elliott Broidy<br><br>Defendant(s) | CASE NUMBER<br><br>CV-09-6980-SVW-RCx<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Elliott Broidy ☐ Plaintiff  ☐ Defendant  ☒ Other  Respondent
*Name of Party*

hereby request the Court approve the substitution of Michael Malecek, # 171034; Peter Root, # 142348
*New Attorney*
as attorney of record in place and stead of Douglas Fuchs, # 196371; Michael Dore #227442
*Present Attorney*

Dated January 14, 2010

X [signature]
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated January 14, 2010

[signature]
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated January 14, 2010

[signature]
*Signature of New Attorney*

171034 / 142348
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)         REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY