Douglas M. Fuchs, SBN 196371
Michael H. Dore, SBN 227442
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

FILED
CLERK, U.S. DISTRICT COURT

JAN 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of an Application to Enforce Administrative Subpoenas of the SEC<br>Plaintiff(s)<br>v.<br>Elliott Broidy<br>Defendant(s). | CASE NUMBER:<br>CV-09-6980-SVW-RCx<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Elliott Broidy__     ☐ Plaintiff   ☐ Defendant   ☑ Other __Respondent__
*Name of Party*

to substitute __Michael Malecek, SBN 171034; Peter Root, SBN 142348__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Dewey & LeBoeuf, 1950 University Ave., Suite 500__
*Street Address*

__East Palo Alto, CA 94303-2225__        __mmalecek@dl.com, proot@dl.com__
*City, State, Zip*                        *E-Mail Address*

__650-845-7000__        __650-845-7333__        __see above__
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record in place and stead of __Douglas Fuchs, Michael Dore__
                                            *Present Attorney*

is hereby   ☑ GRANTED        ☐ DENIED

Dated __1/28/10__           _____
                             U. S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY