Stephen A. Best
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005-4213

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of an Application to Enforce Administrative Subpoenas of the SEC | CASE NUMBER |
|---|---|
| Plaintiff(s) <br> v. <br> Elliott Broidy <br><br> Defendant(s). | CV-09-6980-SVW-RCx |
|  | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

The Court, having reviewed the accompanying Application of __Stephen A. Best,__
*Applicant's Name*

of __Dewey & LeBoeuf LLP, 1101 New York Avenue, N.W., Washington, D.C. 20005-4213__
*Firm Name / Address*

__202-346-8735__                                __sbest@dl.com__
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of __Defendant Elliott Broidy__

and the designation of __John E. Schreiber/261558__
*Local Counsel Designee /State Bar Number*

of __Dewey & LeBoeuf LLP, 333 Grand Avenue, Suite 2600, Los Angeles, CA, 90007-1530__
*Local Counsel Firm / Address*

__213-621-6370__                                __jschreiber@dl.com__
*Telephone Number*                              *E-mail Address*

G-64 ORDER (01/08)       ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____   _____

U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (01/08)       **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**