UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-6980-SVW(RCx) | Date | February 22, 2010 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Elliott Broidy | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David J. Van Havermaat<br>Leslie Ann Hakala | Stephen A. Best<br>Peter Root<br>Mona Z. Hanna |

**Proceedings:**     STATUS CONFERENCE

    A status conference was held. There are outstanding discovery issues with regard to the document production provided by Elliot Briody to the SEC to date. Counsel for Mr. Briody has represented to the Court that he will produce any relevant, non-privileged documents from a hard copy search to the SEC by next Monday, March 1, 2010. If the SEC believes that the document production is not complete by that date, counsel may move the Court for further relief.

:   12

Initials of Preparer     PMC