UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6980 SVW (RCx) | Date | April 2, 2010 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Elliott Broidy | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION [JS-6]

At the hearing held on February 22, 2010, the Court ordered that Plaintiff inform the Court if Defendant had failed to produce relevant documents by that time.  The Court stated that "counsel may move the Court for further relief" by March 1, 2010.  [See docket no. 20.]  As no further response has been filed, and as there is no complaint or petition on file, the action is DISMISSED.

:

Initials of Preparer     PMC